UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TARA S. FIELDS,

    Plaintiff,

vs.                                          Case No.  5:11-cv-534-Oc-32TBS

HUMANA, INC.,

    Defendant.

ORDER

    Before the Court is defendant Humana, Inc.'s ("Humana") Unopposed Motion for Case Management and Settlement Conference with Magistrate Judge and for Stay of Case Management Deadlines, filed on November 7, 2011.  (Doc. 7.)  This case is brought by pro se plaintiff Tara Fields, who alleges discrimination related to her employment with Humana.  Humana has filed a Motion to Dismiss the Complaint (Doc. 5), which is ripe and pending before the District Judge.  The parties represent that (1) plaintiff is still employed by Humana, which makes the situation for Humana's counsel "particularly delicate and complex," (2) plaintiff has filed another EEOC charge related to her employment, which makes the situation more complex, and (3) plaintiff may need some guidance regarding Federal Rules and Practice.

    The parties agree that a conference with the Magistrate Judge would be the best method for ensuring fair and complete case management.  The parties also agree that a conference with the Magistrate judge may hasten the possibility of settlement of this action and the pending EEOC charge.  The parties request a case management and settlement conference before the Magistrate Judge, and further request that the case

management deadline and other deadlines be stayed until after the conference has been held.

Pursuant to Local Rule 6.01(c)(18), the Magistrate Judge has the authority to conduct pre-trial proceedings regarding procedural and discovery issues in all civil cases.  Federal Rule of Civil Procedure 6(b)(1)(A) provides in part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made before the original time or its extension expires[.]"  Fed. R. Civ. P. 6(b)(1)(A).  In the present case, the Court finds that a case management conference and a settlement conference both conducted by the Magistrate Judge will ensure fairness to all parties and that a stay of case management deadlines until after the conferences are held will not prejudice the parties.  The Motion for a Case Management and Settlement Conference with the Magistrate Judge (Doc. 7) is therefore due to be GRANTED.  The Court's deputy will contact the parties to coordinate the date and time for the conferences.

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida on November 8, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Pro se party
    Counsel of Record